IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SHAWN E. B., § | |
| § | |
| Plaintiff, § | |
| v. § | Civil Action No. **3:23-CV-2106-L** |
| § | |
| MARTIN O'MALLEY, Acting § | |
| Commissioner of the Social Security § | |
| Administration, § | |
| § | |
| Defendant. § | |

## ORDER

On March 20, 2024, the Findings, Conclusions and Recommendation of the United States Magistrate Judge Renee Toliver (Doc. 28) ("Report") was entered, recommending that the court **grant** the Acting Commissioner of the Social Security Administration's ("Commissioner") Unopposed Motion to Reverse and Remand ("Motion") (Doc. 27), filed March 20, 2024; **reverse** the decision of the Commissioner; and **remand** the action for further proceedings consistent with her Report.

After reviewing the Report, Motion, pleadings, file, record, and applicable law, the court determines that the magistrate judge's findings and conclusions are correct, and **accepts** them as those of the court. Accordingly, the Commissioner's Motion is **granted**; the decision of the Commissioner is **reversed**; and this case is **remanded** for further proceedings consistent with the findings and conclusions set forth in the Report. The clerk of court is **directed** to effect the remand in accordance with the usual procedure.

**It is so ordered** this 22nd day of March, 2024.

                                            Sam A. Lindsay
                                            United States District Judge