IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **SHAWN E. B.**, § | |
| § | |
| Plaintiff, § | |
| v. § | Civil Action No. **3:23-CV-2106-L** |
| § | |
| **MARTIN O'MALLEY,** Acting § | |
| Commissioner of the Social Security § | |
| Administration, § | |
| § | |
| Defendant. § | |

## ORDER

On April 25, 2024, the Findings, Conclusions and Recommendation of the United States Magistrate Judge Renee Toliver (Doc. 33) ("Report") was entered, recommending that the court **grant** the Plaintiff's Notice of Unopposed Motion for Attorney Fees Pursuant to the Equal Access to Justice Act ("Motion") (Doc. 31). After reviewing the Report, Motion, file, record, and applicable law, the court determines that the magistrate judge's findings and conclusions are correct and **accepts** them as those of the court. Accordingly, Plaintiff's Motion is **granted,** and Defendant is **ordered** to pay Plaintiff attorney's fees in the amount of $6,795.67. The payment is to be forwarded to the Attention of Ms. Ida Marie Comerford, the Law Offices of Kenneth Hiller, 6000 North Bailey Avenue, Suite 1A, Amherst, New York 14226.

**It is so ordered** this 17th day of May, 2024.

Sam A. Lindsay
United States District Judge

Order – Solo Page